**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 05-8018M |
| Claudia Lopez-Apodaca, ) | |
| Defendant. ) | O R D E R |

   IT IS HEREBY ORDERED pursuant to 18 U.S.C. § 3144, Rules 15(a) and 46(h), F.R.Cr.P. and General Order No. 98-44 of the United States District Court for the District of Arizona, that the depositions of the following material witnesses will be taken by video tape on  12/8/05 @ 1:30 PM , unless an objection is raised by a party, and after a Rule 15 hearing, the Court vacates this Order and either postpones or denies the taking of depositions:

   Epifanio Lopez-Perez and Sylvia Toloza-Ortiz.

   Counsel for the parties--plaintiff, defendants and material witnesses--and defendants  shall be present at the above time.

   The United States Attorney shall advise the defendants in writing, prior to the time set for the depositions, of any additional charges the Government intends to bring against the defendant arising out of the same set circumstances alleged in the complaint.  The date(s) and place(s) where the offense(s) occurred as well as the

1  name(s) of any undocumented alien(s) to be named as the person(s) transported,
2  induced to enter the country, harbored, etc. shall be provided.
3      IT IS FURTHER ORDERED that the United States shall comply with its
4  discovery obligations pursuant to Rule 15(e)(3), F.R.Cr.P., by making available to
5  the defendant "...any statement of the witness being deposed...."
6      IT IS FURTHER ORDERED that the U.S. Marshal arrange for defendants
7  who are in custody to appear in street clothes not in jail uniforms.
8      IT IS FINALLY ORDERED that pursuant to General Order No. 98-44 that all
9  counsel and defendants appear immediately following the video depositions of the
10 material witnesses to show cause why the material witnesses should not be
11 immediately discharged and/or released from the custody of the U.S. Marshal and
12 be delivered to the custody of the Bureau of Immigration and Customs Enforcement.
13     DATED this 7th day of December, 2005.

_____
David K. Duncan
United States Magistrate Judge